879.   MILL *v.* THE STATE.

POWELL, J.   Inculpatory admissions, as well as plenary confessions, in order to be admissible against the defendant must be voluntary, and not induced by "the slightest hope of benefit or the remotest fear of injury." *Johnson* v. *State*, 1 *Ga. App.* 129 and cit.
                                        *Judgment reversed.*

Accusation of killing hog, from city court of Wrightsville—
Judge Faircloth.   November 20, 1907.

Submitted January 13,—Decided January 15, 1908.

*E. L. Stephens,* for plaintiff in error.

*J. L. Kent, solicitor,* contra.